E-FILED
Tuesday, 15 January, 2013  02:05:43 PM
Clerk, U.S. District Court, ILCD

Isaac Alfonso Lee
-Plantiff-

V

Sheriff Neil Williamson; Lt.
Candice cain; C/o John Kirby, C/o
Jimmy wyse and sgt. brian
Carrie        -Defendants-

CASE NO: 3:12-CV-
03063-3EM-BGC

FILED

JAN 14 2013

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Declaration

Isaac Alfonso Lee Hereby Declares:

That on January 19, 2012 I was assaulted
with a weapon (sock containing batteries) in
the head by a inmate Anthony Burrows, In which
I suffered A very large bump to the head area
I was then grabbed by C/o Jimmy wyse and sgt.
Brian Carrie in which I was thrown against a wall
and had my weist and arms Repeadetly Twisted
as well as handcuffs Administed Extremely Tight
I suffered A Severe Sprung wrist and very sore
Arm (Right) I was immediately Escorted To Segetion
where my Pleas for Medical Attention was Ignored
This in fact did occur in L-Block of Sangamon
County Jail.
      I Declare under Penalty of Perjuey that
the foregoing is true and correct.

                              Isaac Alfonso Lee

Date: January 10, 2013